LAW OFFICES OF
# SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE
18TH FLOOR
NEW YORK, NEW YORK 10169
(212) 867-3600
TELECOPIER (212) 867-1914
WWW.TULMANLAW.COM

**MEMO ENDORSED**

6/1/20

May 28, 2020

6/1/20
Violation proceeding adj
to July 30, 2020 at 2:15 pm.

The Honorable Colleen McMahon
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

*(signed)* Colleen McMahon

Re:   United States v. Ramiz Povataj
      15 Cr. 663 (CM)

Dear Chief Judge McMahon:

I represent Ramiz Povataj in connection with this pending Violation of Supervised Release proceeding ("VOSR") scheduled for June 3, 2020. By this letter, I request that the hearing be adjourned to a date after July 16, 2020.

The VOSR proceeding was commenced after Mr. Povatj was arrested by members of the NYPD and charged in the state court with a commercial burglary in Queens County. That state case is pending in Queens County and, upon information and belief, has not yet been indicted. It next appears on the state court's calendar on July 16, 2020. Arrested on this VOSR after his release on bail in the state case, Mr. Povataj was ordered detained on April 20, 2020 by Chief United States Magistrate Judge Paul E. Davison. This Order was affirmed by Your Honor in a video/teleconference hearing conducted on May 6, 2020, and the VOSR hearing was re-scheduled to June 3, 2020, at 2 p.m., to afford me an opportunity to consult with my client and to learn more about the underlying case upon which the VOSR is predicated.

Having now had this opportunity, I respectfully request that the VOSR hearing be adjourned to a date after July 16, 2020. It is my understanding that Mr. Povataj's state case is scheduled to be heard on that date, and the outcome of that case could impact on the disposition of the instant matter.

The Government consents to this adjournment.

Respectfully submitted,

Scott B. Tulman

SBT:ss
cc:  Kimberly Ravener, Esq., AUSA