LAW OFFICES OF
## SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE
18TH FLOOR
NEW YORK, NEW YORK 10169
(212) 867-3600
TELECOPIER: (212) 867-1914
WWW.TULMANLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/2020

July 23, 2020

The Honorable Colleen McMahon
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Violation proceeding adjourned to September 18, 2020 @ 2:15 P.M.

[signature] Colleen McMahon
7/24/2020

Re: United States v. Ramiz Povataj
15 Cr. 663 (CM)

Dear Chief Judge McMahon:

I represent Ramiz Povataj in connection with this pending Violation of Supervised Release proceeding ("VOSR") scheduled for July 30, 2020. By this letter, I request that the hearing be adjourned to a date after October 21, 2020.

The VOSR proceeding was commenced after Mr. Povatj was arrested by members of the NYPD and charged in the state court with a commercial burglary in Queens County. That state case is pending in Queens County and, upon information and belief, has not yet been indicted. It next appears on the state court's calendar on October 21, 2020.

Having had the opportunity to discuss this with my client, I respectfully request that the VOSR hearing be adjourned to a date after October 21, 2020 because the outcome of the State Court case could impact on the disposition of the instant matter.

The Government consents to this adjournment.

Respectfully submitted,

[signature]
Scott B. Tulman

SBT:ss
cc: Kimberly Ravener, Esq., AUSA