**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2021

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 8, 2021

*[handwritten: 7/14/2021  23 months. So ordered /s/]*

**BY ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ramiz Povataj*, **15 Cr. 663 (CM)**

Dear Judge McMahon:

MEMO ENDORSED

The Government writes to clarify two matters with respect to the violation of supervised release proceeding held earlier today, July 8, 2021, in the above-captioned case. First, the Government respectfully requests that the Court clarify that the defendant's newly-imposed term of supervised release is 23 months, to comport with the applicable statutory maximum following revocation. *See* 18 U.S.C. § 3583(h). Second, by this letter, the Government moves to dismiss the outstanding violation specifications, following the defendant's guilty plea.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:   *s/ Kimberly Ravener*
Kimberly Ravener
Assistant United States Attorney
(212) 637-2358

Cc:   Scott Tulman, Esq.